# EXHIBIT B – MOTION TO SEAL PENDING