UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

Inspired Pursuits, LLC, et al.,

        Plaintiffs,

  v.

Miller & Martin PLLC, et al.,

        Defendants.

Case No. 3:25-cv-00073-wmc

---

### NOTICE OF WITHDRAWAL OF DOUGLAS BRUNO

---

PLEASE TAKE NOTICE, that attorney Douglas Bruno hereby withdraws his appearance in this matter for Defendants Miller & Martin PLLC, James T. Williams, Robert Parsley, and Stephen Kabakoff (collectively, "Defendants"). Defendants will continue to be represented by Kendall Harrison at Godfrey & Kahn, S.C.

Dated: April 29, 2025

                                   GODFREY & KAHN, S.C.

                                   *s/Douglas Bruno*
                                   Douglas Bruno
                                   State Bar No. 1140716
                                   One East Main Street, Suite 500
                                   Madison, WI 53703
                                   Phone: 608-257-3911
                                   Fax: 608-257-0609
                                   dbruno@gklaw.com

32950451.2