AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| Inspired Pursuits, LLC, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.  3:25-cv-00073-wmc |
| Miller & Martin PLLC, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Miller & Martin PLLC, James T. Williams, Robert Parsley, and Stephen Kabakoff   .

Date:  05/06/2025

*s/Linda S. Schmidt*
*Attorney's signature*

Linda S. Schmidt, State Bar No. 1054943
*Printed name and bar number*

One East Main Street, Suite 500
Madison, WI 53703
*Address*

lschmidt@gklaw.com
*E-mail address*

(608) 257-3911
*Telephone number*

(608) 257-0609
*FAX number*