UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

_____

Inspired Pursuits, LLC, et al.,

    Plaintiffs,

v.                                                         Case No. 3:25-cv-00073-wmc

Miller Martin, PLLC, et al.,

    Defendants.

_____

## JOINT REQUEST FOR COURT CONFERENCE TO
## MODIFY PRETRIAL CONFERENCE ORDER

_____

    Plaintiffs, Inspired Pursuits, LLC, DrJ Engineering, LLC, Qualtim, Inc., Center for Building Innovation, LLC, and Suzanne Grundahl, by their attorneys Murphy Desmond S.C., by Scott G. Salemi, Plaintiff Kirk Grundahl, pro se, and Defendants Miller Martin, PLLC, et al., by their attorneys Godfrey & Kahn, S.C., by Kendall W. Harrison, jointly request that Magistrate Judge Boor, at her earliest opportunity, schedule a conference to discuss potential modification of the pretrial conference order [Doc. 30] for the following reasons.

    The parties believe there is good cause for modification of the pretrial conference order. This lawsuit is less than a year old, having been filed on January 31, 2025 [Doc. 1]. On April 1, 2025, the Defendants filed a Motion to Dismiss [Doc. 18], that has not yet been decided by the Court. Resolution of that motion could end this case altogether.

    Further, the pretrial conference order has not previously been extended. The deadline for further dispositive motions is fast approaching on January 8, 2026, with trial scheduled to begin June 15, 2026.

Finally, Plaintiffs retained new counsel on September 2, 2025. Their counsel is in the process of reviewing pleadings, completing discovery and document production and otherwise preparing to substantively participate in the litigation. Defendants do not oppose providing counsel additional time for the above activity, in particular as it relates to retaining expert witnesses. The original expert disclosure deadline for Plaintiffs/Proponents was February 13, 2026, but was changed to October 7, 2025, by agreement of Plaintiffs' prior counsel before her withdrawal from the case [Docs. 31 and 36]. The parties have presently agreed to amend the current expert disclosure deadlines based upon the resolution of this request.

In light of the above, the parties respectfully request that the Court, at its earliest opportunity, schedule a conference to discuss modification of the pretrial conference order [Doc. 30].

Dated this 8th day of October, 2025.

**MURPHY DESMOND S.C.**
Attorneys for Plaintiffs Inspired Pursuits, LLC, DrJ Engineering, LLC, Qualtim, Inc., Center for Building Innovation, LLC, and Suzanne Grundahl.

Electronically Signed By: */s/ Scott G. Salemi*
   Scott G. Salemi
   State Bar Number:  1118960
   33 East Main Street, Suite 500
   Madison, WI  53701-2038
   Phone:  (608) 257-7181
   Fax:  (608) 257-2508
   ssalemi@murphydesmond.com

**KIRK GRUNDAHL**
Pro Se Plaintiff
Electronically Signed By: */s/ Kirk Grundahl*

      Kirk Grundahl
      1130 Fairway Court
      Lake Mills, WI 53551
      Ph.: 608-217-3713
      kgrundahl@qualtim.com

**GODFREY & KAHN, S.C.**
Attorneys for Defendants Miller & Martin, PLLC, et al.

Electronically Signed By: */s/ Kendall W. Harrison*
      Kendall W. Harrison
      State Bar No. 1023438
      One East Main Street, Suite 500
      Madison, WI 53703
      Phone: 608-257-3911
      Fax: 608-257-0609
      kharrison@gklaw.com

4919-3825-6753, v. 1