IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

INSPIRED PURSUITS, LLC, *et al.*,

        Plaintiffs,

  v.

MILLER MARTIN PLLC, *et al.*,

        Defendants.

AMENDED
SCHEDULING ORDER

25-cv-73-wmc

---

At a November 4, 2025, telephonic status conference, the court re-set the schedule for this case as follows:

    Disclosure of Liability Experts: Plaintiffs/Proponents: January 5, 2026

                      Defendants/Respondents: February 19, 2026

    Deadline for Filing Dispositive Motions: March 12, 2026

    Discovery Cutoff: July 3, 2026

    Settlement Letters: July 10, 2026

    Rule 26(a)(3) Disclosures and Motions in Limine: July 17, 2026

                      Responses: July 31, 2026

    First Final Pretrial Conference: August 11, 2026, at 2:30 p.m.

    Second Final Pretrial Conference: August 18, 2026, at 2:30 p.m.

    Jury Selection and Trial: August 24, 2026, at 9:00 a.m.

        The parties predict a three-day trial.

Although the case deadlines have changed, the policies and procedures set forth in the court's original scheduling order remain in force.

    Entered November 4, 2025.

                                              BY THE COURT:

                                              /s/

                                              _____

                                              ANITA MARIE BOOR
                                              Magistrate Judge