UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

Inspired Pursuits, LLC, et al.,

                Plaintiffs,

v.                                    Case No. 3:25-cv-00073-wmc

Miller & Martin PLLC, et al.,

                Defendants.

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

TO: All Counsel of Record

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, Inspired Pursuits, LLC, DrJ Engineering, LLC, Qualtim, Inc., Center for Building Innovation, LLC, Suzanne Grundahl, and Kirk Grundahl, and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, and without costs to any party, against the Defendants, Miller & Martin PLLC, James T. Williams, Robert Parsley, and Stephen Kabakoff.

Dated this 12th day of December, 2025.

                                              **MURPHY DESMOND S.C.**
                                              Attorneys for Plaintiffs Inspired Pursuits, LLC,
                                              DrJ Engineering, LLC, Qualtim, Inc., Center for
                                              Building Innovation, LLC, and Suzanne Grundahl.

                                              Electronically Signed By: */s/ Scott G. Salemi*
                                                  Scott G. Salemi
                                                  State Bar Number: 1118960
                                                  33 East Main Street, Suite 500
                                                  Madison, WI  53701-2038
                                                  Phone: (608) 257-7181
                                                  Fax: (608) 257-2508
                                                  ssalemi@murphydesmond.com

**KIRK GRUNDAHL**
Pro Se Plaintiff

Electronically Signed By: <u>*/s/ Kirk Grundahl*</u>
    Kirk Grundahl
    1130 Fairway Court
    Lake Mills, WI 53551
    Ph.: 608-217-3713
    kgrundahl@qualtim.com

4897-9232-0385, v. 1